E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JEHAN M. PERNAS (Cal. Bar No. 320584)
Assistant United States Attorney
International Narcotics,
 Money Laundering, and Racketeering Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0319
     Facsimile: (213) 894-0142
     E-mail:    jehan.pernas@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN RE: WARRANT FOR TRACKING DEVICE FOR:<br><br>A 2007 White Kia Sedan, bearing California License plate 8NYR974, with VIN KNAFE122475467920, registered to Yadira Cruzbernal, 10708 Wright Rd Apt 23, South Gate, California 90280 ("SUBJECT VEHICLE #2") | No. 2:21-MJ-04531<br><br>GOVERNMENT'S *EX PARTE* APPLICATION FOR AN ORDER POSTPONING SERVICE OF WARRANTS AND REQUEST FOR SEALING; DECLARATION OF MICHAEL SIER<br><br>**(UNDER SEAL)** |
|---|---|

     The United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, hereby applies ex parte for an order pursuant to Federal Rule of Criminal Procedure 41(f)(3) and 18 U.S.C. § 3103a(c) delaying the service of the tracking device warrant previously ordered in the above-captioned case.  This application also seeks leave to file this application and proposed order under seal.

  This application is based on the files and records in the above-captioned case, as well as the attached Declaration of Drug Enforcement Administration Special Agent Michael Sier.

  As stated in the declaration of Special Agent Michael Sier, on September 29, 2021, this Court, upon a showing of probable cause by the government issued a warrant authorizing the installation of a tracking device.  Federal Rule of Criminal Procedure 41(f)(2)(C) states that within 10 calendar days after the use of the tracking device has ended, the warrant must be served on the person whose property was tracked; it further states that upon the government's request, a court may delay the service required by this rule.

  With respect to the showing necessary to justify a delay, 18 U.S.C. § 3103a(b) states that notice may be delayed if, <u>inter alia</u>, the court finds reasonable cause to believe that providing immediate notification of the execution of the warrant may have an adverse result.  An adverse result is defined in 18 U.S.C. § 2705 as including the endangerment of the physical safety of a person; flight from prosecution; destruction or tampering with evidence; intimidation of potential witnesses; and serious jeopardy of an investigation.  Moreover, the Advisory Committee Notes for Fed. R. Crim. P. 41(f)(3) state that delay of notice may be appropriate where "the officer establishes that the investigation is ongoing and that disclosure of the warrant will compromise that investigation." Finally, Section 3103a(c) provides that:

> Any period of delay authorized by this section may be extended by the court for good cause shown, subject to the condition that extensions should only be granted upon an updated showing of the need for further delay and that each additional delay should be limited to periods of 90 days or less, unless the facts of the case justify a longer period of delay.

2

     In this case, the original order permitted a delay of notification for 30 days after the use of the device ended. Pursuant to that original order, the tracking device was installed, and continued to be used until November 19, 2021. Since the original order, there were three additional delays. The first was signed on December 20, 2021 by the Honorable Gail J. Standish, United States Magistrate Judge. The second was signed on September 27, 2022 by the Honorable Rozella A. Oliver United States Magistrate Judge. The third was signed by the Honorable Alka Sagar United States Magistrate Judge on December 22, 2022. As such notice is scheduled to be provided on March 24, 2023.

     As stated in the declaration of Special Agent Sier, the immediate service of the order would place the investigation into serious jeopardy because the investigation is ongoing and disclosure of the warrant would compromise that investigation. Accordingly, for good cause shown, the government seeks the delay of the service of the warrant for a further period of 90 days.

Dated: March _24, 2023        Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

    /s/
_____
JEHAN M. PERNAS
Assistant United States Attorney

Attorneys for Applicant
UNITED STATES OF AMERICA

DECLARATION OF MICHAEL SIER

I, MICHAEL SIER, do hereby declare and affirm:

1. I am an investigator or law enforcement officer of the United States, within the meaning of Title 18, United States Code, Section 2510(7), and I am empowered by law to conduct investigations of, and to make arrests for, the offenses enumerated in Title 18, United States Code, Section 2516. I am a Special Agent of the Drug Enforcement Administration (DEA) and have been so employed since September 2012. I am currently assigned to the Los Angeles Field Division (LAFD), Los Angeles, California, Sensitive Investigations Unit, an enforcement group investigating narcotics trafficking and money laundering violations under Titles 18 and 21 of the United States Code. I have received 17 weeks of specialized training in Quantico, Virginia, pertaining to narcotics trafficking, money laundering, undercover operations, and electronic and physical surveillance procedures. I have been involved in investigations dealing with the possession, manufacturing and distribution of controlled substances.

2. This declaration is made in support of an application for an order pursuant to Federal Rule of Criminal Procedure 41 (f)(2)(C) and (f)(3), as well as 18 U.S.C. § 3103a(b), delaying the service of a GPS monitoring order obtained in this case. The facts set forth in this declaration are based upon my own personal observations, my training and experience, and information obtained during this investigation from other sources. This declaration is intended to show that there is good cause to delay service of the previously obtained warrant and does not purport to set forth all of my knowledge of, or investigation into, this matter.

1     On September 29, 2021, the Honorable Patricia Donahue, United States Magistrate Judge, issued a federal warrant authorizing the installation and use of a tracking device 2007 white Kia sedan, bearing California License plate 8NYR974, with vehicle identification number KNAFE122475467920 ("**Subject Vehicle #2**"). On October 6, 2021, the tracking device was installed. On November 19, 2021, the use of the tracking device ended. The initial order required service 30 days after the use of the device ended. Since the original order, there were three additional delays.  The first was signed on December 20, 2021 by the Honorable Gail J. Standish, United States Magistrate Judge.  The second was signed on September 27, 2022 by the Honorable Rozella A. Oliver United States Magistrate Judge.  The third was signed by the Honorable Alka Sagar United States Magistrate Judge on December 22, 2022.  As such notice is scheduled to be provided on March 24, 2023.

3.    Based on my training and experience, I believe that good cause exists to delay the service of the warrant for a further period of 90 days because providing notification of the government's monitoring of the **Subject Vehicle #2** is likely to jeopardize the ongoing investigation.  Because of the ongoing nature of this investigation, providing notification is likely to cause adverse results, including destruction of or tampering with evidence and potential flight from prosecution.  Specifically, because some of the subjects of the investigation have ties to Mexico, I believe that disclosure of the investigation may cause those individuals to flee the country in attempt to avoid prosecution.  I am also concerned that notification would cause suspicion on the Confidential Source and could place the Confidential Source's life

in danger.  In addition, I believe that the disclosure of this warrant could lead to the intimidation of potential witnesses other than the Confidential Source.

4.   For the foregoing reasons, I request that the service of the warrant be delayed for a further period of 90 days. In addition, because of the ongoing nature of this investigation, I further request that both this application and the proposed order be filed under seal.

I declare and affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on March 24, 2023, at Los Angeles, California.

                               */s/ Michael Sier*
                               MICHAEL SIER